```
 1  DINA L. SANTOS, Bar #204200
    Attorney at Law
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    SAMMETHIA KELSON
 6
```

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

| 11 | UNITED STATES OF AMERICA, | ) No. 2:07-cr-00176-MCE |
| --- | --- | --- |
| 12 | Plaintiff, | ) |
| 13 | v. | ) STIPULATION AND ORDER VACATING ) DATE, CONTINUING CASE, AND ) EXCLUDING TIME |
| 14 | SAMMETHIA KELSON, et al. | ) |
| 15 | Defendant. | ) Date:  September 13, 2007 ) Time:  9:00 a.m. |
| 16 | _____ | ) Judge: Hon. England |

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Camil Skipper, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant SAMMETHIA KELSON, attorney Robert Holley,

21 counsel for YVONNE WEST, and attorney Bill Bonham, counsel for SAMMY

22 KELSON, JR., that the status conference scheduled for August 9, 2007,

23 be vacated and the matter be continued to this Court's criminal

24 calendar on September 13, 2007 at 8:30 a.m, for a further status

25 conference.

26      This continuance is requested by the defense for client

27 consultation, investigation and negotiations between the prosecution

28 and defense regarding settlement.  All counsel therefore seek

1  additional necessary preparation time.

2

3  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
4  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
5  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
6  ends of justice served in granting the continuance and allowing the
7  defendant further time to prepare outweigh the best interests of the
8  public and the defendant in a speedy trial.

9  The Court is advised that all counsel have conferred about this
10 request, that they have agreed to the September 13, 2007, date, and
11 that Ms. Skipper and all defense counsel have authorized Ms. Santos to
12 sign this stipulation on their  behalf.

13

14 **IT IS SO STIPULATED**.

15

16 Dated: July 27, 2007          /S/ Dina L. Santos
                                 DINA L. SANTOS
17                               Attorney for Defendant
                                 SAMMETHIA KELSON
18
   Dated: July 27, 2007          /S/ Robert Holley
19                               ROBERT HOLLEY
                                 Attorney for Defendant
20                               YVONNE WEST

21 Dated: July 27, 2007          /S/ Bill Bonham
                                 BILL BONHAM
22                               Attorney for Defendant
                                 SAMMY KELSON JR.
23
   Dated: July 27, 2007          /S/ Camil Skipper
24                               CAMIL SKIPPER
                                 Assistant United States Attorney
25                               Attorney for Plaintiff

26

27

28

Stipulation and Order            2

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: July 30, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE