1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Steet, 2nd Flkr., Ste. A
3  Sacramento, California 95814
   Telephone:  (916) 557-1113
4
   Attorney for Sammy L. Kelson, Jr.
5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CR. No.2:07-CR-00176 MCE
                                  )
12              Plaintiff,        )   STIPULATION AND PROPOSED ORDER
           v.                     )
13                                )
                                  )
14 SAMMY L KELSON, JR., et, al,   )
                                  )
15              Defendants.       )
   _____)
16

17      The defendants, through their undersigned counsel, and the

18 United States, through its undersigned counsel, agree and

19 stipulate that the status conference hearing currently scheduled

20 for Thursday,  October 18, 2007, at 9:00 a.m., should be vacated

21 and continued until Thursday, November 29, 2007, at 9:00 a.m..

22      Further continuance is necessary for further investigation

23 and negotiations. The defense needs additional time to review

24 discovery and for investigation and trial preparation and

25 readiness and evaluation of evidence and setting trial and motion

26 and briefing schedule.  The government needs additional time to

27 evaluate case for settlement negotiations and is waiting for

28 further information from Internal Revenue Service.

1  Additionally, attorney, Robert M. Holley has been diagnosed to
2  have thyroid cancer and is scheduled for surgery this Fridqay,
3  October 19, 2007 for removal of the tumor. It is predicted that
4  he will be laid up for up to six weeks.
5      Therefore, the parties agree and stipulate that time should
6  be excluded under the Speedy Trial Act pursuant to Local Code T4
7  for investigation and trial preparation and due to the complexity
8  of the case [Local Code T2], up to and including November 29,
9  2007.
10     I, William E. Bonham, the filing party, have received
11 authorization from all the parties to sign and submit this
12 stipulation and proposed order on their behalf and that defense
13 counsel have authorization from their respective clients.
14     Accordingly, the defendants and the United States agree and
15 stipulate that the status conference should be continued until
16 9:00 a.m. on Thursday, November 29, 2007.
17 Dated: October 16, 2007

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                       /s/ William E. Bonham for
                                    By:_____
                                       CAMIL A. SKIPPER
                                       Assistant U.S. Attorney

Dated: October 16, 2007
                                    SAMMY L. KELSON
                                       Defendant


                                    By:/s/William E. Bonham
                                       WILLIAM E. BONHAM
                                          Counsel for Defendant

28 ///

2

1  Dated: October 16, 2007
                                       SAMMETHIA KELSON
2                                         Defendant

3

4                                      By:/s/ William E. Bonham for
                                         DINA L. SANTOS
5                                        Counsel for Defendant

6
   Dated: October 16, 2007
7                                      YVONNE WEST
                                          Defendant
8

9
                                       By:/s/William E. Bonham for
10                                       ROBERT HOLLEY
                                             Counsel for Defendant
11

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**ORDER**

IT IS SO ORDERED.  This matter is continued until 9:00 a.m. on Thursday, November 29, 2007 for further status.

I find that the continuance is necessary to allow defense counsel sufficient time to investigate and evaluate motions to be filed for trial preparation and trial readiness and further find that continuance is necessary for continuity of counsel in order to allow sufficient period of recovery for Attorney Robert Holley from cancer surgery. I further find that the needs of counsel to evaluate the evidence and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.  Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] and due to the complexity of the case [Local Code T2] up to and including November 30, 2007.

Dated: October 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE