William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Steet, 2nd Flkr., Ste. A
Sacramento, California 95814
Telephone:  (916) 557-1113

Attorney for Sammy L. Kelson, Jr.


**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No.2:07-CR-0176 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v.          ) | |
| ) | |
| ) | |
| SAMMY L KELSON, JR., et, al, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    The defendants, through their undersigned counsel, and the
United States, through its undersigned counsel, agree and
stipulate that the status conference hearing currently scheduled
for Thursday, November 29, 2007, at 9:00 a.m., should be vacated
and continued until Thursday, January 31, 2008, at 9:00 a.m..

    Further continuance is necessary for continuity of counsel
and for negotiations and evaluation of submitted plea offers.
Robert M. Holley, attorney for defendant Yvonne C. West,
underwent successful surgery for removal of thyroid cancer tumor
in his neck and vocal chords on October 19, 2007.  Although he
has return to work on a very limited basis, he has been scheduled
for radiation treatment beginning with complete reduction of
thyroid medication that leaves him very tired and limits in his

capacity to work. The radiation treatment is scheduled to begin
in early December that will require him to be isolated for
several days.  He is told that he will need three to four weeks
to recuperate and to respond to medication after the radiation.
He is also scheduled for minor surgery at the end of December for
repair of damage to his vocal chords caused by the tumor.

Therefore, additional time is needed to evaluate plea offers
submtted by the Government to the defendants as well as further
evaluation of the case for settlement and meeting with clients.

Therefore, the parties agree and stipulate that time should
be excluded under the Speedy Trial Act pursuant to Local Code T4
for investigation and trial preparation and continuity of counsel
as well as to the complexity of the case [Local Code T2], up to
and including January 31, 2008.

I, William E. Bonham, the filing party, have received
authorization from all the parties to sign and submit this
stipulation and proposed order on their behalf and that defense
counsel have authorization from their respective clients.

Accordingly, the defendants and the United States agree and
stipulate that the status conference should be continued until
9:00 a.m. on Thursday, January 31, 2008.


Dated: November 27, 2007

                         McGREGOR W. SCOTT
                         United States Attorney

                         /s/ William E. Bonham for
                         By:_____
                         CAMIL A. SKIPPER
                         Assistant U.S. Attorney

2

1  Dated: November 27, 2007

2                                          SAMMY L. KELSON
                                               Defendant
3

4                                      By:/s/William E. Bonham
                                          WILLIAM E. BONHAM
5                                         Counsel for Defendant

6
   Dated: November 27, 2007
7                                          SAMMETHIA KELSON
                                               Defendant
8

9
                                       By:/s/ William E. Bonham for
10                                         DINA L. SANTOS
                                           Counsel for Defendant
11

12 Dated: November 27, 2007
                                           YVONNE WEST
13                                             Defendant

14

15                                     By:/s/William E. Bonham for
                                          ROBERT HOLLEY
16                                             Counsel for Defendant

17

18                                   **ORDER**

19      IT IS SO ORDERED.  This matter is continued until 9:00 a.m.

20 on Thursday, January 31, 2008 for further status.

21      I find that the  continuance is necessary to allow defense

22 counsel sufficient time to evaluate plea offers and for further

23 negotiations due to medical condition of defense attorney, Robert

24 Holley, as stated above, in his recovery from cancer surgery. I

25 further find that the needs of counsel to evaluate the evidence

26 and advise their clients exceed the needs of the public for a

27 trial within 70 days, so that the interests of justice warrants a

28 further exclusion of time.  Accordingly, time should be excluded

                                       3

under the Speedy Trial Act pursuant to Local Code T4 for
continuity of counsel and for defense counsel to have sufficient
time to evaluate plea offers and meeting with clients and time
for further negotiations and evaluation of case for trial, up to
and including January 31, 2008.


Dated: November 28, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4