1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Steet, 2nd Flkr., Ste. A
3  Sacramento, California 95814
   Telephone:  (916) 557-1113
4
   Attorney for Sammy L. Kelson, Jr.
5

6

7

8  **IN THE UNITED STATES DISTRICT COURT FOR THE**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,      )   No. 2:07-CR-00176-MCE
                                  )
12                     Plaintiff, )   STIPULATION AND ORDER
              v.                  )
13                                )
                                  )
14 SAMMY L KELSON, JR., et, al,   )
                                  )
15                     Defendants.)
   _____)
16

17     The defendants, through their undersigned counsel, and the
18 United States, through its undersigned counsel, agree and
19 stipulate that the status conference hearing currently scheduled
20 for Thursday, January 31, 2008, at 9:00 a.m., should be vacated
21 and continued until Thursday, **March 6, 2008**, at 9:00 a.m..
22     Further continuance is necessary for continuity of counsel
23 and for negotiations and evaluation of submitted plea offers.
24 Robert M. Holley, attorney for defendant Yvonne C. West,
25 underwent successful surgery for removal of a thyroid cancer
26 tumor in his neck and vocal chords on October 19, 2007 and
27 underwent radiation treatment in the last month.
28 ///

1  Although he has returned to work on a limited basis, he has been
2  scheduled for February 4, 2008, for a surgical procedure on his
3  vocal chords to restore his voice quality, and he will not be
4  able to use his voice for 10 days afterwards.
5      Additionally, AUSA Samantha Spangler was assigned the case
6  in place of AUSA Camil Skipper, as of January 22, 2008.
7  Therefore, additional time is needed to evaluate plea offers
8  submitted by the Government to the defendants as well as further
9  evaluation of the case for settlement and meeting with clients
10 and with the new prosecutor.
11     The parties agree and stipulate that time should be excluded
12 under the Speedy Trial Act pursuant to 18 U.S.C. §
13 3161(h)(8)(B)(iv) and Local Code T4 for investigation and trial
14 preparation and continuity of counsel, up to and including March
15 6, 2008.
16     I, William E. Bonham, the filing party, have received
17 authorization from all the parties to sign and submit this
18 stipulation and proposed order on their behalf and that defense
19 counsel have authorization from their respective clients.
20     Accordingly, the defendants and the United States agree and
21 stipulate that the status conference should be continued until
22 9:00 a.m. on Thursday, March 6, 2008.
23 Dated: January 24, 2008         McGREGOR W. SCOTT
                                    United States Attorney
24
                                    /s/ William E. Bonham for
25                              By: _____
                                    AUSA Samantha Spangler
26                                  Assistant U.S. Attorney
27 ///
28 ///

```
Dated: January 24, 2008         SAMMY L. KELSON
                                Defendant


                           By:  /s/William E. Bonham
                                WILLIAM E. BONHAM
                                Counsel for Defendant
    So Stipulated.
Dated: January 24, 2008         SAMMETHIA KELSON
                                Defendant


                           By:  /s/ William E. Bonham for
                                DINA L. SANTOS
                                Counsel for Defendant

Dated: January 24, 2008         YVONNE WEST
                                Defendant


                           By:  /s/William E. Bonham for
                                ROBERT HOLLEY
                                Counsel for Defendant
```

## **ORDER**

This matter is continued until 9:00 a.m. on Thursday, March 6, 2008 for further status.

The Court finds that the continuance is necessary to allow defense counsel sufficient time to evaluate plea offers and for further negotiations, due in part to the medical condition of defense attorney, Robert Holley, in his recovery from cancer surgery. The Court further finds that the needs of counsel to evaluate the evidence and advise their clients and to further negotiate with new counsel for the Government exceed the needs of the public for a trial within 70 days, so that the interest of justice warrants a further exclusion of time.

///
///

3

Accordingly, time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity of counsel and for defense counsel to have sufficient time to evaluate plea offers and meet with clients and time for further negotiations and evaluation of the case for trial, up to and including March 6, 2008.

   IT IS SO ORDERED.

Dated: January 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE