```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
SAMMETHIA KELSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       )  No. 2:07-cr-00176-MCE
                                )
              Plaintiff,        )
                                )  STIPULATION AND ORDER VACATING
       v.                       )  DATE, CONTINUING CASE, AND
                                )  EXCLUDING TIME
SAMMETHIA KELSON, et al.        )
              Defendant.        )
                                )  Date:  May 15, 2008
_____ )  Time:  9:00 a.m.
                                )  Judge: Hon. England
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Samantha Spangler, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant SAMMETHIA KELSON, attorney Robert Holley, counsel for YVONNE WEST, and attorney Bill Bonham, counsel for SAMMY KELSON, JR., that the status conference scheduled for March 6, 2008, be vacated and the matter be continued to this Court's criminal calendar on May 15, 2008 at 9:00 a.m, for a further status conference.

This continuance is requested by the defense for client consultation, investigation and negotiations between the prosecution and defense regarding settlement.  Furthermore, the prosecution has informed defense counsel that additional discovery will be forthcoming.

1  All counsel therefore seek additional necessary preparation time.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
4  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
5  ends of justice served in granting the continuance and allowing the
6  defendant further time to prepare outweigh the best interests of the
7  public and the defendant in a speedy trial.

8  The Court is advised that all counsel have conferred about this
9  request, that they have agreed to the May 15, 2008, date, and that Ms.
10  Spangler and all defense counsel have authorized Ms. Santos to sign
11  this stipulation on their  behalf.

15  **IT IS SO STIPULATED.**

17  Dated: March 3, 2008          /S/ Dina L. Santos
                                  DINA L. SANTOS
18                                Attorney for Defendant
                                  SAMMETHIA KELSON
19
    Dated: March 3, 2008          /S/ Robert Holley
20                                ROBERT HOLLEY
                                  Attorney for Defendant
21                                YVONNE WEST

22  Dated: March 3, 2008          /S/ Bill Bonham
                                  BILL BONHAM
23                                Attorney for Defendant
                                  SAMMY KELSON JR.

Stipulation and Order                  2

1 | Dated: March 3, 2008                    /S/ Samantha Spangler
2 |                                         SAMANTHA SPANGLER
  |                                         Assistant United States Attorney
3 |                                         Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: March 5, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order                    3