DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
SAMMETHIA KELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-00176-MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| SAMMETHIA KELSON, et al. | ) | |
| Defendant. | ) | Date:  June 5, 2008 |
| _____ | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Samantha Spangler, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant SAMMETHIA KELSON, attorney Robert Holley, counsel for YVONNE WEST, and attorney Bill Bonham, counsel for SAMMY KELSON, JR., that the status conference scheduled for May 15, 2008, be vacated and the matter be continued to this Court's criminal calendar on June 5, 2008 at 9:00 a.m, for a further status conference.

This continuance is requested by the defense for client consultation, investigation and negotiations between the prosecution and defense regarding settlement.

///

Additional discovery has recently been provided to defense counsel which will require additional time for review.  All counsel therefore seek additional preparation time.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq. be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the June 5, 2008, date, and that Ms. Spangler and all defense counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED**.

Dated: May 13, 2008            /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant
                               SAMMETHIA KELSON

Dated: May 13, 2008            /S/ Robert Holley
                               ROBERT HOLLEY
                               Attorney for Defendant
                               YVONNE WEST

Dated: May 13, 2008            /S/ Bill Bonham
                               BILL BONHAM
                               Attorney for Defendant
                               SAMMY KELSON JR.

///

///

Stipulation and Order                 2

Dated: May 13, 2008            /S/ Samantha Spangler
                                    SAMANTHA SPANGLER
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order        3