DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
SAMMETHIA KELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-CR-00176-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| SAMMETHIA KELSON, et al. | |
| Defendant. | Date:  August 7, 2008 |
| | Time:  9:00 a.m. |
| | Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Samantha Spangler, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant SAMMETHIA KELSON, attorney Robert Holley, counsel for YVONNE WEST, and attorney Bill Bonham, counsel for SAMMY KELSON, JR., that the status conference scheduled for June 12, 2008, be vacated and the matter be continued to this Court's criminal calendar on August 7, 2008 at 9:00 a.m, for a further status conference.

This continuance is requested by the defense for continued client consultation, investigation and negotiations between the prosecution and defense regarding settlement.  All counsel therefore seek additional preparation time.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq. be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 7, 2008, date, and that Ms. Spangler and all defense counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: August 7, 2008           /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                SAMMETHIA KELSON

Dated: August 7, 2008           /S/ Robert Holley
                                ROBERT HOLLEY
                                Attorney for Defendant
                                YVONNE WEST

Dated: August 7, 2008           /S/ Bill Bonham
                                BILL BONHAM
                                Attorney for Defendant
                                SAMMY KELSON JR.

Dated: August 7, 2008           /S/ Samantha Spangler
                                SAMANTHA SPANGLER
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE