```
Robert M. Holley (SBN 50769)
Attorney at law
State Bar No. 50769
331 J Street, Suite #200
Sacramento, California 95814
Telephone:  (916) 443-2213


Attorney for Defendant YVONNE WEST
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:07-cr-00176 MCE |
| Plaintiff, | ) |
| v. | ) STIPULATION AND |
| | ) ORDER CONTINUING STATUS CONFERENCE |
| YVONNE WEST, et al., | ) |
| Defendant. | ) |
| _____ | ) |

**STIPULATION**

It is hereby stipulated by and between all parties hereto through their respective counsel that the status conference presently scheduled for Thursday, August 7, 2008, be continued to **Thursday, September 25, 2008 at 9:00 a.m. for Further Status.** This stipulation is requested by the defense based upon the need for additional investigation, new discovery evidence which is forthcoming, and further negotiations between the prosecution and the defense regarding settlement. It is anticipated that at the next appearance a negotiated settlement will be presented to the Court or the matter will be set for trial.

///

///

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A)and (B)(iv),(Local Code T4 - time to prepare) through September 25, 2008 due to complexity of the case and in the interest of justice.

Dated: August 5, 2008

/s/ *Ms. Samantha Spangler, Esq.* (by RMH)
MS. SAMANTHA SPANGLER,Esq.
Assistant United States Attorney
Counsel the United States

/s/ *Mr. Robert M. Holley, Esq.*
MR. ROBERT M. HOLLEY, Esq.
Counsel for Ms. Yvonne West

/s/ *Mr. William E. Bonham, Esq.* (by RMH)
MR. WILLIAM E. BONHAM, Esq.
Counsel for Mr. Sammy Kelson Jr.

/s/ *Ms. Dina L. Santos, Esq.* (by RMH)
MS. DINA L. SANTOS, Esq.
Counsel for Ms. Sammethia Kelson

**ORDER**

GOOD CAUSE APPEARING, the above requested calendaring change, and stipulation re: the exclusion of time pursuant to the Federal Speedy Trial Act, are SO ORDERED.

Dated: August 8, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2