DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
SAMMETHIA KELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMMETHIA KELSON, et al.<br>    Defendant. | No. 07 CR-S 0176 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date:  December 18, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Samantha Spangler, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant SAMMETHIA KELSON, attorney Robert Holley, counsel for YVONNE WEST, and attorney Bill Bonham, counsel for SAMMY KELSON, JR., that the status conference scheduled for September 25, 2008, be vacated and the matter be continued to this Court's criminal calendar on December 18, 2008 at 9:00 a.m, for a further status conference.

This continuance is requested by the defense for continued client consultation, investigation and negotiations between the prosecution and defense regarding settlement.  All counsel therefore seek

1  additional preparation time.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
4  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
5  ends of justice served in granting the continuance and allowing the
6  defendant further time to prepare outweigh the best interests of the
7  public and the defendant in a speedy trial.

8  The Court is advised that all counsel have conferred about this
9  request, that they have agreed to the December 18, 2008, date, and that
10 Ms. Spangler and all defense counsel have authorized Ms. Santos to sign
11 this stipulation on their behalf.

12
13
14
15 **IT IS SO STIPULATED.**
16
17 Dated: September 23, 2008          /S/ Dina L. Santos
                                      DINA L. SANTOS
18                                    Attorney for Defendant
                                      SAMMETHIA KELSON
19
   Dated: September 23, 2008          /S/ Robert Holley
20                                    ROBERT HOLLEY
                                      Attorney for Defendant
21                                    YVONNE WEST

22 Dated: September 23, 2008          /S/ Bill Bonham
                                      BILL BONHAM
23                                    Attorney for Defendant
                                      SAMMY KELSON JR.
24
25
26
27
28

1 | Dated: September 23, 2008                    /S/ Samantha Spangler
                                                 SAMANTHA SPANGLER
2                                                Assistant United States Attorney
                                                 Attorney for Plaintiff
3

4

5                                    **O R D E R**

6     **IT IS SO ORDERED.**

7  Dated: September 23, 2008

8

9                                       _____
10                                      MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE
11

12

...

28

Stipulation and Order                    3