```
 1  William E. Bonham, SB# 55478
    Attorney at law
 2  Hotel de' France Bldg., Old Sacramento
    916 Second Steet, 2nd Flkr., Ste. A
 3  Sacramento, California 95814
    Telephone:  (916) 557-1113
 4
    Attorney for Sammy L. Kelson, Jr.
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Case No.2:07-CR-00176 MCE
                                 )
12            Plaintiff,         )   STIPULATION AND ORDER
         v.                      )
13                               )
                                 )
14  SAMMY L KELSON, JR., et, al, )
                                 )
15            Defendants.        )
    _____)
16
```

17   The defendants, through their undersigned counsel, and the United States, through its

18 undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for

19 Thursday, December 18, 2008, at 9:00 a.m., should be vacated and continued until Thursday,

20 **January 15, 2009,**   at 9:00 a.m..

21    Further continuance is necessary for continuity of counsel and for negotiations and

22 evaluation of submitted plea offers.    Therefore, additional time is needed to evaluate plea offers

23 submitted by the Government to the defendants as well as further evaluation of the case for

24 settlement and meeting with clients and with the prosecutor.

25    The parties agree and stipulate that time should be excluded under the Speedy Trial Act

26 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for investigation and trial

27 preparation and continuity of counsel, up to and including January 15, 2009.

28    I, William E. Bonham, the filing party, have received authorization from all the parties to
sign and submit this stipulation and proposed order on their behalf and that defense counsel have

authorization from their respective clients.

Accordingly, the defendants and the United States agree and stipulate that the status conference should be continued until 9:00 a.m. on Thursday, January 15, 2009.

Dated: December 16, 2008         McGREGOR W. SCOTT
                                 United States Attorney

                                      /s/ William E. Bonham for
                                 By: _____
                                      AUSA Samantha Spangler
                                      Assistant U.S. Attorney

Dated: December 16, 2008         SAMMY L. KELSON
                                 Defendant

                                 By: /s/William E. Bonham
                                     WLLIAM E. BONHAM
                                     Counsel for Defendant

Dated: December 16, 2008         SAMMETHIA KELSON
                                 Defendant

                                 By: /s/ William E. Bonham for
                                     DINA L. SANTOS
                                     Counsel for Defendant

Dated: December 16, 2008         YVONNE WEST
                                 Defendant

                                 By: /s/William E. Bonham for
                                     ROBERT HOLLEY
                                     Counsel for Defendant

## **ORDER**

This matter is continued until 9:00 a.m. on January 15, 2009 for further status.

The Court finds that the continuance is necessary to allow defense counsel sufficient time to evaluate plea offers and for further negotiations. The Court further finds that the needs of counsel to evaluate the evidence and advise their clients and to further negotiate with counsel for the Government exceed the needs of the public for a trial within 70 days, so that the interest of justice warrants a further exclusion of time. Accordingly, time is excluded under the Speedy Trial

1  Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity of counsel and
2  for defense counsel to have sufficient time to evaluate plea offers and meet with clients and time
3  for further negotiations and evaluation of the case for trial, up to and including January 15, 2009.

5      IT IS SO ORDERED.

7  Dated: December 17, 2008

                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE