1 William E. Bonham, SB# 55478
Attorney at law
2 Hotel de' France Bldg., Old Sacramento
916 Second Steet, 2nd Flkr., Ste. A
3 Sacramento, California 95814
Telephone: (916) 557-1113
4
5 Attorney for Sammy L. Kelson, Jr.

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No.2**:07-CR-00176 MCE** |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| SAMMY L KELSON, JR., et, al, ) | |
| Defendants. ) | |

The defendants, through their undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Thursday, January 15, 2009, at 9:00 a.m., should be vacated and continued until Thursday, **January 29, 2009,** at 9:00 a.m..

Further continuance is necessary for negotiations and evaluation of submitted plea offers.

Therefore, additional time is needed to evaluate plea offers submitted by the Government to the defendants as well as further evaluation of the case for settlement and meeting with clients and with the prosecutor.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for investigation and trial preparation and continuity of counsel, up to and including January 29, 2009.

I, William E. Bonham, the filing party, have received authorization from all the parties to sign and submit this stipulation and proposed order on their behalf and that defense counsel have

1 authorization from their respective clients.

2     Accordingly, the defendants and the United States agree and stipulate that the status
3 conference should be continued until 9:00 a.m. on Thursday, January 29, 2009.

5 Dated: January 13, 2009      McGREGOR W. SCOTT
                                    United States Attorney

7                                  /s/ William E. Bonham for
                              By: _____
8                                      AUSA Samantha Spangler
                                     Assistant U.S. Attorney

9 Dated: January 13, 2009      SAMMY L. KELSON
                                    Defendant

11                              By: /s/William E. Bonham
12                                     WLLIAM E. BONHAM
                                    Counsel for Defendant

14 Dated: January 13, 2009      SAMMETHIA KELSON
                                    Defendant

16                              By: /s/ William E. Bonham for
                                    DINA L. SANTOS
                                    Counsel for Defendant

18 Dated: January 13, 2009      YVONNE WEST
                                    Defendant

20                              By: /s/William E. Bonham for
                                    ROBERT HOLLEY
                                    Counsel for Defendant

**ORDER**

This matter is continued until 9:00 a.m. on January 29, 2009 for further status.

The Court finds that the continuance is necessary to allow defense counsel sufficient time to evaluate plea offers and for further negotiations.  The Court further finds that the further needs of counsel to evaluate the evidence and advise their clients and to further negotiate with counsel for the Government exceed the needs of the public for a trial within 70 days, so that the interest of justice warrants a further exclusion of time.  Accordingly, time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for defense counsel to have sufficient time to evaluate plea offers and meet with clients and time for further negotiations and evaluation of the case for trial, up to and including January 29, 2009.

IT IS SO ORDERED.

Dated:  January 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE