1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CASE NO. 2:07-cr-00176 MCE
                                  )
12              Plaintiff,        )   STIPULATION AND ORDER CONTINUING
                                  )   STATUS CONFERENCE
13       v.                       )
                                  )
14 SAMMY L. KELSON, JR.,          )   DATE:   February 5, 2009
   SAMMETHIA Y. KELSON, and       )   TIME:   9:00 a.m.
15 YVONNE C. WEST,                )   COURT:  Morrison C. England, Jr.
                                  )
16              Defendants.       )
                                  )
17 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

18                     <u>Stipulation</u>

19      Because counsel are still negotiating the terms of plea

20 agreements, and are very close to resolution, the parties agree that

21 the status conference scheduled for January 29, 2009, may be

22 continued to February 5, 2009, at 9:00 a.m.

23      The parties further agree that time should be excluded from the

24 speedy trial calculation under the Speedy Trial Act through the new

25 status conference date of February 5, 2009, pursuant to 18 U.S.C. §

26 3161(h)(8)(B)(iv) and Local Code T4.

27 ///

28 ///

                              1

1    Defense counsel have authorized the prosecutor to sign this

2 stipulation on their behalf.

3 DATED:   January 28, 2009            LAWRENCE G. BROWN

4                                      Acting United States Attorney

5                                by    /s/ Samantha S. Spangler

6                                      Samantha S. Spangler

7                                      Assistant U.S. Attorney

8

9 DATED:   January 28, 2009      by    /s/ Samantha S. Spangler for

10                                      William E. Bonham

11                                      Counsel for Sammy L. Kelson, Jr.

12

13 DATED:   January 28, 2009      by    /s/ Samantha S. Spangler for

14                                      Dina L. Santos

15                                      Counsel for Sammethia Y. Kelson

16

17 DATED:   January 28, 2009      by    /s/ Samantha S. Spangler for
                                        Robert Holley
18                                      Counsel for Yvonne C. West

19                              Order

20    Good cause appearing,

21    1) The status conference is continued to February 5, 2009, at

22 9:00 a.m.;

23    2) Time is excluded through February 5, 2009, to give counsel

24 reasonable time to prepare, pursuant to 18 U.S.C. § 3161(h)(8)(A)

25 and (B)(i) and Local Code T4.

26    The Court finds that the interests of justice served by

27 granting this continuance outweigh the interests of the defendants

28 and the public in a speedy trial.

                                  2

1    IT IS SO ORDERED.

2
Dated: February 3, 2009

3

4

5    _____
     MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28