```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CASE NO. 2:07-cr-176 MCE
                                 )
12              Plaintiff,       )   STIPULATION AND ORDER CONTINUING
                                 )   STATUS CONFERENCE
13       v.                      )
                                 )
14  SAMMY L. KELSON, JR.,        )   DATE:  March 5, 2009
    SAMMETHIA Y. KELSON, and     )   TIME:  9:00 a.m.
15  YVONNE C. WEST,              )   COURT: Morrison C. England, Jr.
                                 )
16              Defendants.      )
                                 )
17
```

## Stipulation

Because counsel are still negotiating the terms of plea agreements, and are very close to resolution, the parties agree that the status conference scheduled for February 5, 2009, may be continued to March 5, 2009, at 9:00 a.m.

The parties further agree that time should be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of March 5, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///

///

1

     Defense counsel have authorized the prosecutor to sign this stipulation on their behalf.

DATED:  February 4, 2009          LAWRENCE G. BROWN
                                  Acting United States Attorney

                            by    /s/ Samantha S. Spangler
                                  Samantha S. Spangler
                                  Assistant U.S. Attorney


DATED:  February 4, 2009    by    /s/ Samantha S. Spangler for
                                  William E. Bonham
                                  Counsel for Sammy L. Kelson, Jr.


DATED:  February 4, 2009    by    /s/ Samantha S. Spangler for
                                  Dina L. Santos
                                  Counsel for Sammethia Y. Kelson


DATED:  February 4, 2009    by    /s/ Samantha S. Spangler for
                                  Robert Holley
                                  Counsel for Yvonne C. West

///
///
///
///

Order

Good cause appearing,

1) The status conference is continued to March 5, 2009, at 9:00 a.m.;

2) Time is excluded through March 5, 2009, to give counsel reasonable time to prepare, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and Local Code T4. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendants and the public in a speedy trial.

IT IS SO ORDERED.

Dated: February 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE