```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CASE NO. 2:07-cr-176 MCE
                                )
12              Plaintiff,      )  STIPULATION AND ORDER CONTINUING
                                )  STATUS CONFERENCE
13       v.                     )
                                )
14  SAMMY L. KELSON, JR.,       )  DATE:  March 26, 2009
    SAMMETHIA Y. KELSON, and    )  TIME:  9:00 a.m.
15  YVONNE C. WEST,             )  COURT: Morrison C. England, Jr.
                                )
16              Defendants.     )
                                )
17
18                          Stipulation
```

Because counsel are still negotiating the terms of plea agreements, and are very close to resolution, the parties agree that the status conference scheduled for March 5, 2009, may be continued to March 26, 2009, at 9:00 a.m. The prosecutor is in the process of seeking approval of the proposed plea agreements from the United States Department of Justice Tax Division.

The parties further agree that time should be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of March 26, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

1

Defense counsel have authorized the prosecutor to sign this stipulation on their behalf.

DATED:  March 3, 2009                LAWRENCE G. BROWN
                                     Acting United States Attorney

                                by   /s/ Samantha S. Spangler
                                     Samantha S. Spangler
                                     Assistant U.S. Attorney


DATED:  March 3, 2009           by   /s/ Samantha S. Spangler for
                                     William E. Bonham
                                     Counsel for Sammy L. Kelson, Jr.


DATED:  March 3, 2009           by   /s/ Samantha S. Spangler for
                                     Dina L. Santos
                                     Counsel for Sammethia Y. Kelson


DATED:  March 3, 2009           by   /s/ Samantha S. Spangler for
                                     Robert Holley
                                     Counsel for Yvonne C. West

| | |
|---|---|
| 1 | ORDER |
| 2 | Good cause appearing, |
| 3 | 1) The status conference is continued to March 26, 2009, at 9:00 a.m.; |
| 5 | 2) Time is excluded through March 26, 2009, to give counsel reasonable time to prepare, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and Local Code T4. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendants and the public in a speedy trial. |
| 10 | IT IS SO ORDERED. |
| 11 | Dated: March 6, 2009 |

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE