```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 2:07-cr-00176-MCE
                                 )
12          Plaintiff,           )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
13      v.                       )
                                 )
14  SAMMY L. KELSON, JR.,        )  DATE:  April 30, 2009
    SAMMETHIA Y. KELSON, and     )  TIME:  9:00 a.m.
15  YVONNE C. WEST,              )  COURT: Morrison C. England, Jr.
                                 )
16          Defendants.          )
                                 )
17
```

18                            Stipulation

19      Because counsel are still negotiating the terms of plea
20 agreements, and are very close to resolution, the parties agree that
21 the status conference scheduled for March 26, 2009, may be continued
22 to April 30, 2009, at 9:00 a.m.  On Friday, March 20, 2009, the
23 prosecutor obtained the approval of the United States Department of
24 Justice Tax Division for the proposed plea agreements.  However, the
25 prosecutor needs additional time to complete the drafting of the
26 plea agreements.  The undersigned prosecutor is in the process of
27 addressing appellate matters with pressing deadlines in the case of
28 United States v. Monte McFall, and co-counsel in that case, Benjamin

                                1

Wagner, is in trial and unable to provide much assistance.  Defense counsel need sufficient time from the receipt of the draft plea agreements to review them with their clients.  April 30 is the first date available for all counsel and the Court.

The parties further agree that time should be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of April 30, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Defense counsel have authorized the prosecutor to sign this stipulation on their behalf.

DATED: March 24, 2009                LAWRENCE G. BROWN
                                     Acting United States Attorney

                                by   /s/ Samantha S. Spangler
                                     Samantha S. Spangler
                                     Assistant U.S. Attorney


DATED: March 24, 2009           by   /s/ Samantha S. Spangler for
                                     William E. Bonham
                                     Counsel for Sammy L. Kelson, Jr.


DATED: March 24, 2009           by   /s/ Samantha S. Spangler for
                                     Dina L. Santos
                                     Counsel for Sammethia Y. Kelson


DATED: March 24, 2009           by   /s/ Samantha S. Spangler for
                                     Robert Holley
                                     Counsel for Yvonne C. West

**<u>Order</u>**

Good cause appearing,

1) The status conference is continued to April 30, 2009, at 9:00 a.m.;

2) Time is excluded through April 30, 2009, to give counsel reasonable time to prepare, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and Local Code T4. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendants and the public in a speedy trial.

IT IS SO ORDERED.

Dated: March 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE