```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-cr-00176 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| SAMMY L. KELSON, JR., ) | DATE: May 21, 2009 |
| SAMMETHIA Y. KELSON, and ) | TIME: 9:00 a.m. |
| YVONNE C. WEST, ) | COURT: Morrison C. England, Jr. |
| ) | |
| Defendants. ) | |

## Stipulation

Because counsel are still negotiating the terms of plea agreements, and are very close to resolution, the parties agree that the status conference scheduled for April 30, 2009, may be continued to May 21, 2009, at 9:00 a.m. This week defense counsel have asked the prosecutor for modifications to the proposed plea agreements, which the prosecutor needs more time to consider.

The parties further agree that time should be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of May 21, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

1

Defense counsel have authorized the prosecutor to sign this stipulation on their behalf.

DATED: May 28, 2009        LAWRENCE G. BROWN
                           Acting United States Attorney

                    by     /s/ Samantha S. Spangler
                           Samantha S. Spangler
                           Assistant U.S. Attorney


DATED: May 28, 2009   by   /s/ Samantha S. Spangler for
                           William E. Bonham
                           Counsel for Sammy L. Kelson, Jr.


DATED: May 28, 2009   by   /s/ Samantha S. Spangler for
                           Dina L. Santos
                           Counsel for Sammethia Y. Kelson


DATED: May 28, 2009   by   /s/ Samantha S. Spangler for
                           Robert Holley
                           Counsel for Yvonne C. West

1 **ORDER**

Good cause appearing,

1) The status conference is continued to May 21, 2009, at 9:00 a.m.;

2) Time is excluded through May 21, 2009, to give counsel reasonable time to prepare, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and Local Code T4.  The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendants and the public in a speedy trial.

IT IS SO ORDERED.

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE