```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-00176-MCE |
| | ) | |
| Plaintiff, | ) | <u>AMENDED</u> STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| SAMMY L. KELSON, JR., | ) | DATE:  June 11, 2009 |
| SAMMETHIA Y. KELSON, and | ) | TIME:  9:00 a.m. |
| YVONNE C. WEST, | ) | COURT: Morrison C. England, Jr. |
| | ) | |
| Defendants. | ) | |

Because counsel are still negotiating the terms of plea agreements, and are very close to resolution, the parties agree that the status conference scheduled for May 21, 2009, may be continued to June 11, 2009, at 9:00 a.m., which is the first date available for all counsel and the Court. Counsel anticipate that on June 11 defendants Sammy Kelson and Sammethia Kelson will enter guilty pleas pursuant to a "package deal" that also resolves Yvonne West's case.

The parties further agree that time should be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of June 11, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

1 | Defense counsel have authorized the prosecutor to sign this
2 | stipulation on their behalf.

DATED: May 20, 2009         LAWRENCE G. BROWN
                            Acting United States Attorney

                      by    /s/ Samantha S. Spangler
                            Samantha S. Spangler
                            Assistant U.S. Attorney

DATED: May 20, 2009   by    /s/ Samantha S. Spangler for
                            William E. Bonham
                            Counsel for Sammy L. Kelson, Jr.

DATED: May 20, 2009   by    /s/ Samantha S. Spangler for
                            Dina L. Santos
                            Counsel for Sammethia Y. Kelson

DATED: May 20, 2009   by    /s/ Samantha S. Spangler for
                            Robert Holley
                            Counsel for Yvonne C. West

ORDER

Good cause appearing,

1) The status conference is continued to June 11, 2009, at 9:00 a.m.;

2) Time is excluded through June 11, 2009, to give counsel reasonable time to prepare, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and Local Code T4. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendants and the public in a speedy trial.

IT IS SO ORDERED.

Dated: May 22, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE