William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Sammy KELSON

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-cr-00176 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE |
| v. ) | JUDGMENT & SENTENCING |
| SAMMY KELSON JR., and ) | AND MODIFY PRE-SENTENCE |
| SAMMETHIA KELSON ) | REPORT DISCLOSURE |
| Defendant. ) | SCHEDULE |
| ) | |

Defendants, Sammy Kelson and Sammethia Kelson, through their undersigned counsel, and the United States through its undersigned counsel, hereby stipulate and request that the Court continue the Judgment & Sentencing hearing, in the above- captioned case, from Thursday, September 24, 2009 at 9:00 a.m., to Thursday, October 15, 2009 at 9:00 a.m.

Defense counsel for Sammy Kelson has belatedly identified an issue in the defendants Pre-Sentence Report related to his criminal history category and the government has agreed to let the defendant file objections and a motion for correction.  USPO Ostreicher, is aware of the situation and has also agreed to the continuance.

The parties further stipulate that the pre-sentence report disclose schedule should be modified as follows:

| | |
|---|---|
| Judgment and sentencing date: | 10/15/2009 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 10/8/2009 |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no lather than: | 10/1/2009 |
| Counsel's written informal objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 9/24/2009 |

The parties also stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare for sentencing and ongoing sentencing negotiation. [Local Code T4 & T2]

I, William E. Bonham, the filing party have received authorization from AUSA Samantha Spangler and Attorney Dina Santos, to sign and submit this

stipulation and proposed order on their behalf and defense counsel has authorization from his respective client.

Accordingly, the defense and the United States agree and stipulate that the Judgment and Sentencing for defendants Sammy Kelson and Sammethia Kelson should be continued until Thursday, October 15, 2009 at 9:00 a.m. and that the pre-sentence report disclosure schedule be modified as indicated above.

Dated: September 22, 2009

      LAWRENCE G. BROWN
      United States Attorney

By: /s/   Samantha Spangler
   SAMANTHA SPANGLER
   Assistant U.S. Attorney

Dated: September 22, 2009

By: /s/  William E. Bonham
   WILLIAM E. BONHAM
   Attorney for defendant
   SAMMY KELSON

Dated: September 22, 2009

By: /s/  Dina Santos
   DINA SANTOS
   Attorney for defendant
   SAMMETHIA KELSON

# **ORDER**

IT IS SO ORDERED.  Judgment and sentencing for defendants Sammy Kelson and Sammethia Kelson, currently set for Thursday, September 24, 2009 at 9:00 a.m. should be vacated and continued until Thursday, October 15, 2009 at 9:00 a.m. and that the pre-sentence report disclosure schedule should be modified as indicated.

DATED: September 22, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE